ACCEPTED
12-14-00155-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/30/2015 9:50:14 AM
CATHY LUSK
CLERK

NO. 12-14-00155-CV

# In the Twelfth District Court of Appeals at Tyler

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/30/2015 9:50:14 AM
CATHY S. LUSK
Clerk

BRENDA BREWER, DEANNA MEADOR, PENNY ADAMS,
and SABRA CURRY,

Appellants

v.

LOWE'S HOME CENTERS, INC.,

Appellee

_____

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

_____

Appellee Lowe's Home Centers, Inc. files this motion seeking an additional thirty days of time to file its Appellee's Brief. In support thereof, Appellee states as follows:

**I.**
**INTRODUCTION**

1. Appellee's Brief is currently due on April 20, 2015. Appellee seeks an extension of thirty days to file its brief, making it due on May 20, 2015. This is Appellee's first request for extension, and the requested extension is unopposed.

1

## II.
### ARGUMENT AND AUTHORITIES

2. Pursuant to Texas Rule of Appellate Procedure 10.5(b) and 38.6(d), Appellee requests an extension of time to file Appellee's Brief due to the current obligations of Appellee's counsel, Sheri Caldwell.

3. Sheri Caldwell is one of Appellee's counsel and is responsible for preparing and filing Appellee's Brief. The following obligations of Ms. Caldwell necessitate the requested extension:

a. Petition for Review due on April 29, 2015 in the Texas Supreme Court in *Gilberto Rincones v. WHM Custom Services, Inc., et al.*, Cause No. 13-11-00075-CV;

b. Appellee's Brief due on April 29, 2015 in the Fourteenth Court of Appeals in *Jennifer Johnson v. Oxy USA, Inc.*, Cause No. 14-14-00831-CV;

c. Preparing and filing an Application for Temporary Restraining Order, Temporary Injunction and Permanent Injunction during the week of April 13, 2015, as well as attending the hearing to obtain the temporary restraining order on April 15, 2015 in *CloudLogix, LLC v. Robert K. Langhorne III, et al.*, Cause No. DC-15-04163, in the 95th District Court of Dallas County, Texas;

d. Preparing for and taking a deposition in *Wright-Jones v. Baylor Health Care System, Inc.*, pending in the U.S. District Court for the Northern District of Texas; and

2

e. In addition, various other internal deadlines and projects have prevented counsel from preparing Appellee's Brief in this matter

4. This Motion for Extension is unopposed and is not sought for delay purposes only but so that justice may be done.

## III.
### CONCLUSION

Appellee respectfully requests that the Court grant its first request for extension of time to file Appellee's Brief and order that Appellee's Brief is due on May 20, 2015.

Respectfully submitted,

/s/ Sheri L. Caldwell

**Holly H. Williamson**
State Bar No. 21520100
**Sheri L. Caldwell**
State Bar No. 24038798
HUNTON & WILLIAMS LLP
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
(214) 979-3000 (Telephone)
(214) 880-0011 (Facsimile)
hwilliamson@hunton.com
scaldwell@hunton.com

**ATTORNEYS FOR APPELLEE**
**LOWE'S HOME CENTERS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent to the following counsel of record by email, on this the 30th day of April, 2015:

Matthew R. Pearson
Brendan K. McBride
Gravely & Pearson, LLP
425 Soledad, Suite 600
San Antonio, Texas 78205
mpearson@gplawfirm.com
brendan.mcbride@att.net

/s/ Sheri L. Caldwell
Sheri L. Caldwell

23797.000411 EMF_US 55469212v1